IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kodi Kately, | No. CV-20-01851-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Walmart Incorporated, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation for Dismissal with Prejudice (Doc. 31), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 31). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 19th day of April, 2022.

Honorable John J. Tuchi
United States District Judge